## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

PATSY SLATER on behalf of                                                                    PLAINTIFF
BRANDON D. SLATER

v.                                     No. 3:06CV00141 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                               DEFENDANT

## JUDGMENT

Pursuant to the Opinion entered in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Patsy Slater's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 30th day of May, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE